In the Matter of the Accounting of WILLIAM H. B. TOTTEN, as Administrator of the Estate of FANNY A. LATTAN, Deceased, Appellant.

ADELENE VAN NESS et al., Appellants; EMILE R. LATTAN, Respondent.

Reported below, 89 App. Div. 368.
(Argued April 25, 1904; decided April 28, 1904.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, made December 30, 1903, which reversed a decree of the Kings County Surrogate's Court rejecting claims of the respondent herein against the estate of Fanny A. Lattan, deceased.

The motion was made upon the grounds that there were no questions involved which the Court of Appeals could review, the appeal being frivolous and taken for delay only.

*R. L. Maynard* for motion.

*Benjamin F. Tracy* opposed.

Motion denied, with ten dollars costs.